UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION



FILED
AUG 29 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC), | \* | CIV 11-1017 |
| Plaintiff, | \* | |
| -vs- | \* | AMENDED JUDGMENT |
| JASON J. MILLER, Individually, and d/b/a JAKE'S PUB AND CASINO, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff is entitled to a default judgment as to liability, defendant having failed to answer or otherwise plead herein. An evidentiary hearing was held to determine the damages to be awarded to plaintiff and the Court has entered its opinion and order concerning the appropriate amount of damages. Accordingly,

IT IS ORDERED, adjudged and decreed that judgment shall enter in favor of the plaintiff against the defendant in the amount of $20,000 plus costs in the amount of $378.80 and attorneys fees in the amount of $3,940.05 for a total judgment of $24,318.85[1].

Dated this 29th day of August, 2014.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

---

[1] The judgment is amended pursuant to Fed. R. Civ. P. 60(a) to correct a typographical error in the total judgment.